FILED
2017 SEP 27 PM 12:43
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRICK RAY BURLEY,<br><br>    Defendant. | CR No. 17-00600 FMO<br><br><u>I N D I C T M E N T</u><br><br>[18 U.S.C. § 1029(a)(3):<br>Possession of Fifteen or More<br>Unauthorized Access Devices;<br>18 U.S.C. § 1708: Possession of<br>Stolen Mail] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1029(a)(3)]

On or about April 20, 2015, in Los Angeles County, within the Central District of California, defendant PATRICK RAY BURLEY ("BURLEY"), knowingly and with intent to defraud, possessed at least fifteen unauthorized access devices (as defined in Title 18, United States Code, Sections 1029(e)(1) and (3)), namely, approximately twenty-eight credit cards and approximately four debit cards, in the names of or belonging to persons other than defendant BURLEY, with said possession affecting interstate and foreign commerce.

COUNT TWO

[18 U.S.C. § 1708]

On or about April 20, 2015, in Los Angeles County, within the Central District of California, defendant PATRICK RAY BURLEY ("BURLEY") unlawfully possessed mail matter that had been stolen and taken from the United States Mail, namely, approximately 1,500 pieces of mail, including checks, credit account documents, California Department of Motor Vehicles documents, tax documents, and health insurance documents, addressed to various individuals in Los Angeles County, and at that time and place defendant BURLEY knew that said mail matter was stolen.

A TRUE BILL

/S/
_____
Foreperson

SANDRA R. BROWN
Acting United States Attorney

*[signature]*

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

JOSEPH B. WIDMAN
Assistant United States Attorney
Chief, Riverside Branch Office

NATHANIEL B. WALKER
Assistant United States Attorney
Riverside Branch Office

2